1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| BRIAN ODELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PALO ALTO NETWORKS, INC.,<br><br>　　　　Defendant. | Case No. 2:23-cv-01516-JHC<br><br>**ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME** |

　　Plaintiff Brian Odell ("Plaintiff") and Defendant Palo Alto Networks, Inc. ("Defendant") have filed their Joint Stipulated Motion for Extension of Time, up through and including October 16, 2023, for Defendant to answer, present defenses, or otherwise respond to Plaintiff's Complaint for Damages for Willful Withholding of Wages ("Complaint").

　　IT IS HEREBY ORDERED that Defendant shall file its responsive pleading no later than October 16, 2023.

DATED: ___October 5___, 2023.

　　　　　　　　　　　　　　　　　　　　　_/s/ John H. Chun_
　　　　　　　　　　　　　　　　　　　　　JUDGE JOHN H. CHUN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATED
MOTION FOR EXTENSION OF TIME - 1
Case No. 2:23-cv-01516-JHC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Adam T. Pankratz*
By: */s/ Arianna L. Gardner*
    Adam T. Pankratz WSBA # 50971
    Arianna L. Gardner, WSBA #57167
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7057
    Facsimile:  (206) 693-7058
    Email:   adam.pankratz@ogletree.com
            arianna.gardner@ogletree.com

*Attorneys for Defendant Palo Alto Networks, Inc.*

Approved as to Form; Presentation Waived:

EMERY | REDDY, PLLC

By: */s/ Patrick B. Reddy*
    Patrick B. Reddy, WSBA #34092
    600 Stewart Street, Suite 1100
    Seattle, WA  98102
    Telephone:  (206) 442-9106
    Facsimile:  (206) 441-9711
    Email:   reddyp@emeryreddy.com

*Attorneys for Plaintiff Brian Odell*

ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME - 2
Case No. 2:23-cv-01516-JHC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2023, I served the foregoing [PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME via the method(s) below upon the following parties:

> Patrick B. Reddy, WSBA #34092
> EMERY | REDDY, PLLC
> 600 Stewart St., Suite 1100
> Seattle, WA  98102
> Telephone:  (206) 442-9106
> Facsimile:  (206) 441-9711
> Email:   reddyp@emeryreddy.com
>
> *Attorneys for Plaintiff Brian Odell*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 4th day of October, 2023 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Cheryl L. Kelley*
    Cheryl L. Kelley, Practice Assistant
    cheryl.kelley@ogletree.com

ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME - 3
Case No. 2:23-cv-01516-JHC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058