**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| BRIAN ODELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>PALO ALTO NETWORKS, INC.,<br><br>    Defendant. | Case No. 2:23-cv-01516-JHC<br><br>**ORDER GRANTING SECOND JOINT STIPULATED MOTION FOR EXTENSION OF TIME** |

Plaintiff Brian Odell ("Plaintiff") and Defendant Palo Alto Networks, Inc. ("Defendant") have filed their Second Joint Stipulated Motion for Extension of Time, up through and including October 30, 2023, for Defendant to answer, present defenses, or otherwise respond to Plaintiff's Complaint for Damages for Willful Withholding of Wages ("Complaint").

IT IS HEREBY ORDERED that Defendant shall file its responsive pleading no later than October 30, 2023.

DATED: __October 16__, 2023.

_____
JUDGE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND JOINT
STIPULATED MOTION FOR EXTENSION
OF TIME - 1
Case No. 2:23-cv-01516-JHC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Adam T. Pankratz*
By: */s/ Arianna L. Gardner*
 Adam T. Pankratz WSBA # 50971
 Arianna L. Gardner, WSBA #57167
 1201 Third Avenue, Suite 5150
 Seattle, WA  98101
 Telephone:  (206) 693-7057
 Facsimile:  (206) 693-7058
 Email:    adam.pankratz@ogletree.com
           arianna.gardner@ogletree.com

*Attorneys for Defendant Palo Alto Networks, Inc.*

Approved as to Form; Presentation Waived:

EMERY | REDDY, PLLC

By: */s/ Patrick B. Reddy*
 Patrick B. Reddy, WSBA #34092
 600 Stewart Street, Suite 1100
 Seattle, WA  98102
 Telephone:  (206) 442-9106
 Facsimile:  (206) 441-9711
 Email:    reddyp@emeryreddy.com

*Attorneys for Plaintiff Brian Odell*

[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATED MOTION FOR EXTENSION OF TIME - 2
Case No. 2:23-cv-01516-JHC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2023, I served the foregoing [PROPOSED] ORDER GRANTING SECOND JOINT STIPULATED MOTION FOR EXTENSION OF TIME via the method(s) below upon the following parties:

> Patrick B. Reddy, WSBA #34092
> EMERY | REDDY, PLLC
> 600 Stewart St., Suite 1100
> Seattle, WA  98102
> Telephone:  (206) 442-9106
> Facsimile:  (206) 441-9711
> Email:   reddyp@emeryreddy.com
>
> *Attorneys for Plaintiff Brian Odell*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 13th day of October, 2023 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Cheryl L. Kelley*
    Cheryl L. Kelley, Practice Assistant
    cheryl.kelley@ogletree.com

[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATED MOTION FOR EXTENSION OF TIME - 3
Case No. 2:23-cv-01516-JHC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058