UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN ODELL,<br><br>                Plaintiff,<br><br>   v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>                Defendant. | No. 2:23-cv-01516<br><br>STIPULATION FOR ORDER OF DISMISSAL |

**STIPULATION**

Plaintiff Biran Odell, by and through his attorney, Patrick B. Reddy of Emery Reddy, PLLC, and Defendant Palo Alto Networks, Inc., by and through their attorneys Adam T. Pankratz and Arianna L. Gardner of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby stipulate to entry of an Order dismissing all claims with prejudice and without an award of costs or attorney fees to either party.

///

///

///

///

STIPULATION FOR ORDER OF DISMISSAL – 2:23-cv-01516

PAGE 1 OF 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

DATED this 7th day of November, 2023.

| | |
|---|---|
| EMERY \| REDDY, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By /s/ Patrick B. Reddy<br>Patrick B. Reddy, WSBA #34092<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: (206) 442-9106<br>Facsimile: (206) 441-9711<br>Email: reddyp@emeryreddy.com<br><br>*Attorney for Plaintiff* | By /s/ Adam T. Pankratz<br>By /s/ Arianna L. Gardner<br>Adam T. Pankratz, WSBA #50951<br>Arianna L. Gardner, WSBA #57167<br>1201 Third Avenue, Suite 5150<br>Seattle, WA 98101<br>Phone: (206) 693-7057<br>Facsimile: (206) 693-7058<br>Email: adam.pankratz@ogletree.com<br>Email: arianna.gardner@ogletree.com<br><br>*Attorneys for Defendant* |

## ORDER

Based on the above stipulation of the parties, the Court hereby ORDERS that the suit is hereby DISMISSED WITH PREJUDICE, and is dismissed without costs or attorney fees to either party.

DATED this  8th  day of   November  , 2023.

_____
UNITED STATES DISTRICT JUDGE
JOHN H. CHUN

STIPULATION FOR ORDER OF
DISMISSAL – 2:23-cv-01516

PAGE 2 OF 3

EMERY \| REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

Presented by:

EMERY | REDDY, PLLC

By */s/ Patrick B. Reddy*
Patrick B. Reddy, WSBA #34092
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: reddyp@emeryreddy.com

***Attorney for Plaintiff***

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By */s/ Adam T. Pankratz*
By */s/ Arianna L. Gardner*
Adam T. Pankratz, WSBA #50951
Arianna L. Gardner, WSBA #57167
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: (206) 693-7057
Facsimile: (206) 693-7058
Email: adam.pankratz@ogletree.com
Email: arianna.gardner@ogletree.com

***Attorneys for Defendant***